# IPSWICH REGIONAL ANIMAL CONTROL
## Ipswich, Boxford, Newbury & Rowley
### 15 Elm Street
### IPSWICH, MASSACHUSETTS 01938

Megan Sousa
Supervisor
Animal Control Officer
Inspector of Animals

p: (978) 356-6652

f: (978) 356-6625

11/7/2024

Michael Cogley & Alissa Stuckey
6 Gunnison Road
Boxford, MA 01921

Mr. Cogley & Ms. Stuckey,

I am writing today to inform you your dogs "Gunner" and "Bleu" are hereby under a restraint order. Both dogs must be securely confined to your property and leashed when off your property for their lifetime.

As you are aware there have been multiple complaints by neighbors of your dog's running of your property and harassing neighbors on public property. Under Town Bylaw Article 1 Section 52-4 "Restraining of Dogs" The Animal Control Officer is authorized to require owners or keepers of dogs to restrain their dogs from running at large when he determines that any such dog is an annoyance, is dangerous, or is known to cause damage in a neighborhood. Within 10 days after determination, an owner or keeper of such dog may appeal in writing to the Select Board."
This Department has determined that your dogs meets the state definition of a nuisance:
MGL Chapter 140 Section "Nuisance dog", a dog that: (i) by excessive barking or other disturbance, is a source of annoyance to a sick person residing in the vicinity; or (ii) by excessive barking, causing damage or other interference, a reasonable person would find such behavior disruptive to one's quiet and peaceful enjoyment; ==or (iii) has threatened or attacked livestock, a domestic animal or a person,== but such threat or attack was not a grossly disproportionate reaction under all the circumstances.
This letter is an official restraint order for both of your dogs, you and any other person whether living in your home or caring for your dog must keep "Gunner" and "Bleu" on a 6-foot or shorter leash when off your property. When on your property "Gunner" and "Bleu" must be unable to leave the property. This restraint order shall be enforced for the lifetime of your dogs.

You have the right to file an appeal in writing to the Boxford Select Board within 10 days of receipt of this letter. Should you choose not to appeal; failure to comply with this restraint order will result in monetary fines and a Dangerous Dog Hearing in front of the Boxford Select Board.

If you have any questions or concerns please reach out.
Thank you for your swift attention to this matter.

Megan V. Sousa
Supervisor
Ipswich Regional Animal Control
Ipswich, Boxford, Newbury & Rowley
Animal Control Officer
Animal Inspector
Office: 978-356-6652

Cc: James Riter; Chief of Police, Boxford
Matt Coogan: Town Administrator, Boxford

Received by:
Signature: _____
Witness: _____

animalcontrol
@ipswichpolice.org

Town of Boxford
7A Spofford Road
Boxford, MA 01921

November 12, 2024

Re: Appeal of Restraint Order for Dogs "Gunner" and "Bleu" – MGL 140, Section 157

To Members of the Boxford Select Board,

      We are writing to formally appeal the restraint order issued to our service dogs, "Gunner" and "Bleu," as determined under MGL 140, Section 157, which pertains to nuisance/dangerous dogs lifetime designation. We respectfully request that the Board review the circumstances leading to the issuance of the order and reconsider the conditions set forth, as we believe that there may be factors or misunderstandings that were not fully considered during the initial determination. As responsible service owners, we take the safety and well-being of our dogs, as well as the community, very seriously. We fully understand the importance of maintaining public safety, and are committed to addressing any concerns regarding our dogs' behavior. However, we believe that certain aspects of the situation warrant a reexamination. ***Specifically:***

**1. Circumstances Surrounding the Incident:** We deny the actions that led to the imposition of the restraint order. We respectfully request that the Board provide a comprehensive context and full disclosure of the situation [Briefly discovery outline the event(s) in question, including any relevant mitigating factors or potential misunderstandings, including not limited to witness

1

statements, and or the multiple complaints from (neighbor's) mentioned in order]. Additionally, we ask that an audit be conducted on our previous interactions, emails and prior requests for law enforcement engagement to ensure there has been no bias or discrimination.

**2. Steps Taken to Address Concerns:** On September 5th, 2024, we submitted a request to the Boxford Conservation Commission seeking permission to install an electric pet fence on our 2-acre property, surrounding its boundary. However, this request was denied, as it conflicted with the mandatory stormwater permit (2021-3) issued by the Commission. This permit raises several concerns regarding the sustainability of Boxford including zoning bylaw, issues which we believe the Select Board should be made aware of before any actions force bylaw amendments. On September 10th, 2024, we sent a letter to the Select Board, requesting their intervention, as your authority takes precedence over that of the Conservation Commission. We were eager to take proactive steps to resolve any concerns and ensure the proper management of our service animals, but the town's bylaw and regulations currently discriminate and prevent such.

**3. Character and History of the Dogs**: Both "Gunner" and "Bleu" have received excellent care and have consistently demonstrated good behavior as valued members of the community. They are recognized as service animals under both federal and state ADA laws. {The two questions you are governed to ask are: *Is the dog a service animal required because of a disability?* and *What work or task has the dog been trained to perform?*} Your answer is yes, their primary role is to assist our mental health conditions, including but not limited to anxiety and post-traumatic stress disorder

(PTSD). They are specifically trained to help manage anxiety, fear, personal trauma, and paranoia, as well as to wake us from "recurrent nightmares" and/or "severe nightmare disorder"

**4. Compliance with Applicable Laws and Regulations:** We are fully committed to complying with all local ordinances and state laws. However, the town's bylaws appear to conflict with federal laws, specifically the Clean Water Act, and now raise concerns of discrimination under the Americans with Disabilities Act (ADA). This order discriminates against our accessibility of the property we own by requiring our service animals to be restrained without providing a clear means to do so. A complex situation has arisen, as Superior Court Docket 2177CV00738 has {ORDERED AND ADJUDGED} Boxford Stormwater Management permit 2021-3, which includes conditional orders blockading our land ownership rights; Drafted by your Conservation Commission's director and advocated by the town's legal counsel during that permit appeal before the commonwealth. These orders prevent, restrict, discriminate the necessary ADA accommodations we seek, which were also supported by the Ipswich Regional Animal Control Officer as a means to revoke the animal restraint before you. Under Title II of the ADA, this board is federally and state obligated to provide reasonable vessel for accommodations for individuals with disabilities, and were open to discussing potential solutions before it becomes a burden to the commonwealth and/or federal jurisdictions. As this Select Board is aware, we have previously submitted two requests for a resolution, and we urge the Select Board to review our FYI *letter dated September 10, 2024*, which had been confirmed as received by your Town Administrator on September 25, 2024.

In light of these factors, we respectfully Appeal to the Select Board the November 7th, 2024 Dog restraint order for review and consider adjusting the terms of the restraint, vacating completely, or exploring and or creating alternative ADA accommodations as a remedy as we have requested. In the meantime, we will retain counsel(s) and prepared for the opportunity to discuss this matter with the Select Board in hearing. Thank you for your time and consideration. I look forward to your response and the opportunity to work together toward a solution.

Respectfully Submitted,

Michael Cogley & Alissa Stuckey
6 Gunnison Road
Boxford, MA 01921